IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA EVANCHO, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>SANOFI-AVENTIS U.S. INC.,<br><br>      Defendant.<br>_____ / | No. C 07-00098 SI<br><br>**ORDER RE: DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO STAY BRIEFING** |

Defendant has filed a motion for administrative relief to stay briefing, or, in the alternative, to enlarge time in which to file briefs, on plaintiffs' motion for conditional collective action certification, *Hoffman-LaRoche* notice and equitable tolling (the "notice motion"). Defendant seeks to stay briefing until the Court has resolved defendant's motion for transfer of venue, which is scheduled for hearing on April 27, 2007. Plaintiffs oppose defendant's request for a stay. Having considered the arguments of the parties, the Court hereby ORDERS as follows: The hearing on plaintiffs' notice motion is CONTINUED from May 18, 2007, to June 1, 2007. Briefing deadlines are similarly CONTINUED two weeks from the current deadlines. The FLSA statute of limitations for potential class members is tolled for this two-week period. [Docket No. 64]

**IT IS SO ORDERED.**

Dated: April 23, 2007

                                                        SUSAN ILLSTON<br>
                                                        United States District Judge